UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

TAYSEER YOUSEF,
                                      **INDICTMENT**

        Defendant.

_____/

The Grand Jury charges:

## COUNT 1
(Conspiracy to Transport Stolen Goods Interstate)

Beginning some time prior to March 2020, and continuing through at least January 2021, the exact dates being unknown to the grand jury, in the Southern Division of the Western District of Michigan and elsewhere,

**TAYSEER YOUSEF**

and others known and unknown to the grand jury, knowingly conspired and agreed to transport, transmit, and transfer in interstate and foreign commerce goods, wares, and merchandise, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud, in violation of Title 18, United States Code, Section 2314.

## OBJECT & PURPOSE

The object of the conspiracy was to steal electronic devices. The purpose of the conspiracy was to sell those stolen devices to make money.

- 1 -

## MANNER & MEANS

1.      Members of the conspiracy located in the Grand Rapids, Michigan area robbed local Target, AT&T, Verizon, and T-Mobile stores in hostile, takeover-style robberies.

2.      The robbers often entered stores wearing masks, threatened store employees and customers, displayed firearms, forced employees and customers to the ground or other locations, and stole various electronic devices.

3.      After stealing electronic devices, members of the conspiracy contacted YOUSEF to arrange to meet him and sell the stolen devices. YOUSEF provided the robbers his current going rate, based on the model and condition of the stolen device.

4.      YOUSEF then arranged to meet to purchase the stolen devices. At times, he purchased them directly from the robbers. Other times, he purchased them from intermediaries.

5.      In buying the stolen devices, YOUSEF drove to various locations in the Western District of Michigan. Other times, the robbers or intermediaries drove to the Chicago, Illinois area, where YOUSEF lived.

6.      After purchasing the stolen devices, YOUSEF re-sold them. YOUSEF sold some of the phones at his cell phone store, located in Tinley Park, Illinois. He sold others overseas.

## OVERT ACTS

1.      On or about November 15, 2020, five suspects robbed the AT&T store located at 3720 Alpine Ave. NW in Comstock Park, Michigan. The robbers forced store employees to a safe, and they stole electronic devices worth approximately $47,143.29. Shortly after the robbery, YOUSEF had this conversation with someone known to the grand jury, who was using a phone with the number ending 5586:

| | |
|---|---|
| 5586: | 11 12s 64 |
| Yousef: | That's it ? |
| 5586: | 12 mini 64 gig |
| 5586: | 1 11 128gb |
| 5586: | 1 11 pro max 64 fb |
| 5586: | Gb |
| 5586: | 1 11 64 gig |
| 5586: | 1 11 pro max 256 gb |
| Yousef: | [list of prices for various electronic devices] |
| 5586: | Bet |
| 5586: | San location |
| Yousef: | Yes |
| 5586: | Den location |
| 5586: | Send |
| 5586: | ? |
| Yousef: | 1400 Mall Dr Benton Harbor, MI  49022 United States |
| Yousef: | Walmart |
| 5586: | How much for while load |
| Yousef: | $7,820 |

2.      YOUSEF traveled to Michigan that day to obtain the stolen devices. He then returned to Illinois.

3.      On or about January 20, 2021, three people robbed the T-Mobile store located at 350 84th Street SW in Grand Rapids, Michigan. The robbers shoved a store employee to a back room and forced the employee to open a safe. The robbers stole electronic devices worth approximately $39,720. Shortly after the robbery, YOUSEF had this conversation with someone known to the grand jury, who was using a phone with the number ending 6326:

| | |
|---|---|
| 6326: | It's 40 regular 12's |
| 6326: | 16 maxes |
| 6326: | 4 androids |
| 6326: | And 5 7 minus |
| 6326: | 7* mini's |
| Yousef: | 40 12? |
| Yousef: | I thought u said 22 |
| 6326: | Yes |
| 6326: | We have more |
| 6326: | Facet time me |
| 6326: | I can show you |
| 6326: | Send me price list |
| Yousef: | Ok |
| Yousef: | [list of prices for various electronic devices] |
| Yousef: | 10 minutes |
| Yousef: | How far are you |
| .... | |
| 6326: | I'm still 49 minutes wanna meet a lil closer ? |
| Yousef: | Ok lett me see |
| 6326: | Liked "Ok lett me see" |
| 6326: | Okay |
| Yousef: | 6100 Sawyer Rd Sawyer, MI 49125 United States |
| 6326: | 36 minutes |
| Yousef: | ✓ |

4.      YOUSEF traveled to Michigan that day to obtain the stolen devices. He then returned to Illinois.

- 4 -

5.     On or about February 1, 2021, YOUSEF had this conversation with someone known to the grand jury using a phone number ending 6326. In that conversation, YOUSEF advised other members of the conspiracy on how to avoid law enforcement:

| | |
|---|---|
| 6326: | Can you meet now |
| …. | |
| 6326: | Wait |
| 6326: | They on us right now |
| Yousef: | Dam |
| Yousef: | They chasing u |
| 6326: | Mann |
| 6326: | Hell yeah |
| 6326: | High speed |
| Yousef: | Ok lmk |
| 6326: | Okay |
| Yousef: | Lose them on side streets |
| 6326: | They like 4 cars deed |
| 6326: | We gone come early |
| 6326: | It's hot right now |
| Yousef: | Man bro why u don't come out here |
| Yousef: | It's safer |
| 6326: | Highway hot |
| Yousef: | Get out of the state |
| 6326: | We can't leave to many police |
| Yousef: | Ok tomorrow come early |
| … | |
| Yousef: | Check the phones with the older phone it might have a tracker in it |
| 6326: | They good |

18 U.S.C. § 371
18 U.S.C. § 2314

## COUNT 2
(Interstate Transportation of Stolen Goods)

On or about November 15, 2020, in the Southern Division of the Western District of Michigan and elsewhere,

**TAYSEER YOUSEF**

knowingly transported, transmitted, and transferred in interstate and foreign commerce goods, wares, and merchandise, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud.

18 U.S.C. § 2314

## COUNT 3
(Interstate Transportation of Stolen Goods)

On or about January 20, 2021, in the Southern Division of the Western District of

Michigan and elsewhere,

**TAYSEER YOUSEF**

knowingly transported, transmitted, and transferred in interstate and foreign commerce

goods, wares, and merchandise, of the value of $5,000 or more, knowing the same to have

been stolen, converted, and taken by fraud.

18 U.S.C. § 2314

## FORFEITURE ALLEGATION
### (Transportation of Stolen Property)

The allegations contained in Counts 1-3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of a violation of 18 U.S.C. § 2314 set forth in Counts 1-3 of this Indictment,

### TAYSEER YOUSEF

shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.  The property to be forfeited includes, but is not limited to, the following:

1.      MONEY JUDGMENT: A sum of money that represents the proceeds obtained from the offenses charged in Counts 1-3.

2.      PERSONAL PROPERTY: Stolen electronic devices used in the commission of the offenses charged in Counts 1-3.

3.      SUBSTITUTE ASSETS: If any of the property described above, as a result of any act or omission of the defendant:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the court;

    d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided

without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant

to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461(c)
21 U.S.C. § 853(p)
18 U.S.C. § 2314

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
DAVIN M. REUST
Assistant United States Attorney

- 9 -