UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TAYSEER YOUSEF,

        Defendant.

_____/

**Hon. Hala Y. Jarbou**

**Chief U.S. District Judge**

**Case No. 1:23-cr-86**

### DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

NOW COMES the Defendant, Tayseer Yousef, by and through counsel, Geoffrey Upshaw, and moves this Court to suppress all evidence seized during the November 18, 2021 search of Mr. Yousef's residence in Tinley Park, Illinois, including his statements made to police while being detained. Moreover, Mr. Yousef seeks suppression of the evidence seized during the search of the Apple iCloud backup data related to cellphone number ending with "1166".

This motion is supported by the attached Memorandum of Law.

Respectfully submitted,

Dated: February 29, 2024

 /s/ Geoffrey Upshaw
Geoffrey Upshaw
Attorney for Tayseer Yousef
429 Turner Ave. NW
Grand Rapids, MI 49504
Telephone: (616) 278-8092