UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TAYSEER YOUSEF,<br><br>    Defendant. | CASE NO. 1:23-CR-86<br><br>AMENDED PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

TO:    HONORABLE SALLY J. BERENS
        UNITED STATES MAGISTRATE JUDGE
        WESTERN DISTRICT OF MICHIGAN

    Now comes Davin M. Reust, Assistant United States Attorney for the Western District of Michigan, and attorney for the plaintiff, and brings this Petition for Writ of Habeas Corpus Ad Testificandum, and in support thereof respectfully states unto this Honorable Court as follows:

    LAKELYND RAMONE PHILLIPS, who is imprisoned with the Michigan Department of Corrections at the Central Michigan Correctional Facility, is a material witness for the United States of America and his testimony is relevant and necessary in the above case.

    WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Testificandum may issue out of the Court directed to the Warden, Central Michigan Correctional Facility, and to each and all of his assistants, to transport the said defendant to the United States Marshal for the Western District of Michigan, or his deputies, or any federal agent for transportation to Lansing, Michigan, and further directing the United States Marshal for the Western District of

Michigan, and his deputies, to have the said defendant before this Court at Lansing, Michigan, and at such other times and dates as the Court may decree, on July 8, 2024, and after the conclusion of this case that said defendant be returned to the Warden, Central Michigan Correctional Facility.

                                                MARK A. TOTTEN
                                                United States Attorney

                                                */s/ Davin M. Reust*
                                                DAVIN M. REUST
                                                Assistant United States Attorney

## ORDER

Let a Writ of Habeas Corpus Ad Testificandum issue as prayed for in the foregoing petition, returnable July 8, 2024, for a trial before the Honorable Hala Y. Jarbou, Chief United States District Judge in Lansing, Michigan.

Dated:  June 14, 2024                /s/ Sally J. Berens
                                            SALLY J. BERENS
                                            United States Magistrate Judge