UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TAYSEER YOUSEF,

    Defendant.

_____/

Case No. 1:23-CR-86

Hon. Hala Y. Jarbou

## JURY VERDICT FORM

I. As to **Count 1**, charging that the defendant committed the crime of Conspiracy to Transport Stolen Goods Interstate, beginning some time prior to March 2020 and continuing through at least January 2021, we unanimously find the defendant:

    _____ Not Guilty

    ✓ Guilty

II. As to **Count 2**, charging that the defendant committed the crime of Interstate Transportation of Stolen Goods, on or about November 15, 2020, we unanimously find the defendant:

    _____ Not Guilty

    ✓ Guilty

III. As to **Count 3**, charging that the defendant committed the crime of Interstate Transportation of Stolen Goods, on or about January 20, 2021, we unanimously find the defendant:

    _____ Not Guilty

    ✓ Guilty

Dated: 07-11-2024

                                              JURY FOREPERSON